UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSELLA COSTA, <br><br> Plaintiff, <br><br> v. <br><br> L&B TECHNOLOGY, INC., et al., <br><br> Defendants, | : <br> : <br> : <br> : Civil Action No. 08-5649 (FSH) <br> : <br> : ORDER <br> : <br> : |

This matter having come before the Court by way of plaintiff's motion to amend the Complaint to add Sea Tek Boatworks, LLC and Sea Tek Management, LLC, as defendants;

and the Court having considered the parties' submissions, oral arguments, and representations;

and for the reasons set forth in the Opinion delivered on the record on July 13, 2009,

IT IS THEREFORE ON THIS 13th day of June, 2009

ORDERED that the plaintiff's motion to file a Second Amended Complaint [Docket Entry No.56 ] is denied.

    s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE